IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00244-PSF-MJW

TONYA R. POMEROY,

Plaintiff(s),

v.

JEREMIAH J. GIBBS, et al.

Defendant(s).

MINUTE ORDER

   It is hereby ORDERED that the Stipulated Motion to Vacate and Reschedule Scheduling Conference (docket no. 10) is GRANTED.  The Rule 16 Scheduling Conference and Show Cause Hearing set on April 6, 2007, at 9:30 a.m. is VACATED and RESET to April 23, 2007, at 9:30 a.m.  The parties shall file their proposed Rule 16 Scheduling Order with the court five (5) days before the Rule 16 Conference consistent with this court's e-filing requirements.

Date:  March 28, 2007