IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 07-cv-00244-PSF-MJW

TONYA R. POMEROY,

    Plaintiff,

v.

JEREMIAH J. GIBBS; and
MONTGOMERY PATTON,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Dkt. # 29), filed October 9, 2007. The Court having considered the stipulation, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or her own costs and attorneys' fees.

DATED: October 24, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
U.S. District Court Judge